ANDREW K JACOBSON (CSBN: 148583)
andy@bayoaklaw.com
**BAY OAK LAW**
1939 Harrison St Suite 929
Oakland, CA 94612
Telephone: (510) 208-5500

Attorney for Plaintiff
Timeless Production FZ LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMLESSS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SANO MEDIA VIETNAM JOINT STOCK COMPANY, NGUYEN VAN TRUNG, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: **3:25-CV-01673-MMC**<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>**(i) COPYRIGHT INFRINGEMENT**<br>**(ii) VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT**<br>**(iii) FALSIFICATION OF COPYRIGHT MANAGEMENT INFORMATION**<br>**(iv) REMOVAL AND/OR ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION**<br>**(v) UNFAIR COMPETITION**<br>**(vi) MISREPRESENTATION OF DMCA COUNTER NOTICES**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Timeless Production FZ LLC ("Plaintiff" or "Timeless"), alleges as follows:

### INTRODUCTION

1.     Timeless is a producer, editor, and publisher of audiovisual works that include films, documentaries, videos, and clips, covering informational, educational, and entertaining topics and content. Timeless' audiovisual works are

original works, and Timeless owns the copyrights on those works. Timeless' audiovisual and visual works are original works, copyrights of which are owned by Timeless ("Copyrighted Works").

2.      Timeless owns and manages a popular YouTube channel called Tekniq, which offers a distinct, engaging content experience for its audience. Tekniq provides its viewers with a curated selection of videos, set in many unique places from around the world, that cover interesting and thought-provoking subjects, such as manufacturing and operational processes, transportation, and agriculture. Tekniq may be accessed via the following URL: https://www.youtube.com/@tekniqvid.

3.      As of April, 2025, Timeless's Tekniq Channel has more than 780,000 subscribers and more than 790 videos. Each Tekniq video receives thousands to millions of views from around the world. To date, Tekniq's most popular video has had over twenty-five (25) million views. Copyrighted Works exclusively owned by Timeless and featured on Timeless' Tekniq Channel include "Inside Gigantic Airbus Landing Gear Manufacturing Assembly Line" (US Copyright Reg No. VA 2-386-332) and "Genius Truck Inventions That Are on Another Level" (US Copyright Reg No. VA 2-386-331) (collectively, "Registered Works").

4.      Tekniq is a monetized YouTube channel wherein Timeless receives a portion of YouTube's advertising revenue that is directly proportional to the number of views for each of its videos. Timeless relies on monetary income received from its videos, including the Copyrighted Works, to afford operational costs, create new videos, and pay its employees. The Tekniq videos infringed by Defendants are identified on **Exhibit A,** which also includes evidence of the registered copyrights as issued by the United States Copyright Office.

5.     Defendants have infringed Timeless's copyrights by copying, publicly displaying, reproducing, and distributing the Copyrighted Works and/or incorporating them in derivative works ("Infringing Videos"). URLs associated with the Unauthorized Works are attached hereto as **Exhibit B.**

6.     Defendants and other would-be infringers copy, publish, and distribute Timeless' videos without obtaining permission from Timeless or compensating Timeless. They do this to divert viewership to their Infringing Videos and earn new subscribers for their own channels. As a result of this large-scale and repetitive infringing conduct, Timeless has lost and is continuing to lose viewers, subscribers, and income. Further, Timeless has spent and is continuing to spend a significant amount of monetary and human resources to combat infringement of its copyrights on YouTube by enforcing its copyrights, seeking removal of infringing content, and taking preventive measures to stop repeat infringers such as Defendants and their acts of infringement. Timeless's activities to combat infringement include diligently filing and following up with notices to YouTube under the Digital Millenium Copyright Act ("DMCA") to request removal of Infringing Videos and including copyright management information ("CMI") in publishing the Copyrighted Works.

7.     Defendants knowingly, and with the intent to carry out and conceal their infringement, establish a false sense of legitimacy in the eyes of viewers, and confuse and/or mislead viewers as to the creator and source of the Copyrighted Works, removed and/or altered CMI from the Copyrighted Works in copying, publicly displaying, reproducing, and distributing the Copyrighted Works and/or incorporating them in derivative works.

8.     Defendants also knowingly, and with the intent to carry out and conceal their infringement, establish a false sense of legitimacy in the eyes of viewers, and confuse and/or mislead viewers as to the creator and source of the Copyrighted Works, provided falsified CMI in in copying, publicly displaying, reproducing, and distributing the Copyrighted Works and/or incorporating them in derivative works as well as to YouTube during course of DMCA notice practice initiated by Timeless.

9.     Defendants' unlawful and fraudulent activities described above constitute unfair competition under California law, where YouTube is based. Through their unfair competition, Defendants diverted existing and potential viewers and subscribers of Timeless to Defendants' own videos, including the Infringing Videos, for its own profit, siphoning and diminishing Timeless's revenue streams in the process.

10.    Defendants further knowingly made material misrepresentations during the course of DMCA proceedings by preparing and submitting counter notices in response to DMCA notices, falsely alleging creatorship and ownership of the Unauthorized Works under penalty of perjury to force Plaintiff's hand to pursue the claims herein against Defendants to prevent the Unauthorized Works from being reinstated on YouTube pursuant to the DMCA and YouTube policy.

11.    Timeless brings this lawsuit against Defendants to protect Timeless's valuable intellectual property and ensure fair competition.

### THE PARTIES

12.    Plaintiff Timeless Production FZ LLC is a United Arab Emirates limited liability company. Its principal office is located in Dubai, United Arab Emirates.

13.    Timeless is informed and believe and thereon alleges that **Defendant SANO Media Vietnam Joint Stock Company**, ("Sano") which has two channels on

YouTube. The first channel is called "**Tony98**"

(https://www.youtube.com/channel/UCEndIEu-bDDHjrfg2gw0GaQ) and claims to

have more than 670,000 subscribers and more than 300 videos online. The second

channel is called "**Chu Fazenda**" ( https://www.youtube.com/channel/UCTKlt8bOy-

ZmB8sh3j3rsuw) and claims more than 120,000 subscribers and more than 225 videos

online. Timeless is informed and believes that **Nguyen Van Trung** is a citizen of

Vietnam, and lives in or near Hanoi, Vietnam. Nguyen claims ownership of the channels

as well, and is thus sued as a defendant in this action.

14.     Timeless is informed and believes, and therefore alleges, that there are

additional Defendants whose true names are unknown to Timeless. Timeless therefore

sues them by the fictitious names DOES 1-10, and will amend the Complaint to insert

the true names of the Doe Defendants once ascertained.

## JURISDICTION AND VENUE

15.     This action arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and Cal.

Bus, & Prof. Code §§ 17200 *et seq.* All claims under federal and state law are based upon

a common case that would ordinarily be tried in one judicial proceeding.

16.     This Court has federal-question jurisdiction under 28 U.S.C. §§ 1331, 1337,

and 1338(a) and (b).

17.     This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over

Timeless's state law claims because the claims are so related to the federal claims that

they form part of the same case or controversy.

18.     Timeless is informed and believe and thereon allege that this Court has

personal jurisdiction over Defendants because Defendants consented to the jurisdiction

of this Court and judicial district in their DMCA counter notices submitted to YouTube

under 17 U.S.C. § 512 (g) (See **Exhibit D**), engaged in the infringing conduct alleged herein within the State of California and this District, caused harm to Timeless within the State of California, and expect or reasonably should expect their infringing conduct to have consequences in the State of California.

19.    Venue in this District is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that Defendants have published, promoted, and disseminated the Infringing Videos in this judicial district and derived revenue from viewers in this District.

## FACTUAL BACKGROUND

20.    Since 2022, Timeless has uploaded the Copyrighted Works to the Timeless Channels channel on YouTube and made the Copyrighted Works available to its subscribers and a broader audience that has general access to YouTube. The Copyrighted Works featured on the Tekniq Channel may be accessed via the list of URLs attached hereto as **Exhibit A**. The uploaded versions of the Copyrighted Works displayed CMI unique to Timeless. As a business, Timeless is eligible for and earns advertisement revenue from views of the videos featuring the Copyrighted Works under YouTube's monetization guidelines, also known as the YouTube Partner Program ("YPP").

21.    Timeless is informed and believes, and on that basis alleges, that Defendants own and operate the YouTube channels Tony 98 and Che Fazenda, among others. Defendants are also eligible for and take advantage of monetization under YPP through their channels.

22.    Timeless is informed and believes, and on that basis alleges, that Defendants copied, downloaded, or otherwise obtained the Copyrighted Works from the Timeless Channels without seeking or receiving permission or authorization from

Timeless. Thereafter, Defendants reproduced, made derivative works out of, and distributed the Copyrighted Works on their channels, thereby creating the Unauthorized Works. In doing so, Defendants falsified, altered, and/or removed Timeless's CMI, proprietary watermarks, and metadata.

23.     Timeless is informed and believes, and on that basis alleges, that Defendants employed artificial intelligence ("AI") to seek, modify, and otherwise use the Copyrighted Works to create the Unauthorized Works that are devoid of authorship attributable to Defendants. By using AI, Defendants were able to quickly and efficiently create the Unauthorized Works that feature the Copyrighted Works and publish the Unauthorized Works on their wide network of channels on YouTube.

24.     Timeless is informed and believes, and on that basis alleges, that Defendants' videos that featured the Unauthorized Works (see **Exhibit B**) compete for views with Timeless's videos that featured the Copyrighted Works on the Timeless Channels and were algorithmically suggested to viewers and subscribers of the Timeless Channels. As such, Defendants not only profited from their use of the Infringing Videos under the YPP, but also diverted profits from Timeless.

25.     Timeless is informed and believes, and on that basis alleges, that in addition to violating federal and state laws by carrying out the above acts, Defendants also violated YouTube's Terms of Service.[7]

26.     Upon discovering the Unauthorized Works, Timeless prepared and transmitted DMCA notices to YouTube and Defendants (**Exhibit C**), notifying YouTube and Defendants of Defendant's conduct constituting infringement of Timeless's copyrights in the Copyrighted Works. Based on the DMCA notices, the Unauthorized Works were temporarily removed from Defendant's channels by

YouTube and could no longer viewed by subscribers of the channels or YouTube visitors. However, in response to the DMCA notices, Defendants submitted fraudulent counter notices falsely alleging that the Unauthorized Works originated from and are exclusively owned by Defendants. As a result, Timeless was left with no choice but to pursue the claims herein against Defendants in order to prevent the Unauthorized Works from being reinstated on YouTube as required by the DMCA and YouTube policy.

### COUNT I
### COPYRIGHT INFRINGEMENT—17 U.S.C. § 501, *ET SEQ.*
### AGAINST ALL DEFENDANTS

27.     Timeless repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

28.     Timeless is the owner of the copyrights to the Registered Works.

29.     As the owners of the Registered Works, Timeless has the exclusive right to copy, reproduce, distribute, display publicly, prepare derivative works of, and sell the Registered Works.

30.     Without permission or authorization, Defendants copied, reproduced, displayed, distributed, and/or prepared derivative works of the Registered Works.

31.     Defendants performed the acts alleged in the course and scope of their business activities.

32.     As a result of the infringement of the Registered Works, Timeless has been damaged and Defendants have been unjustly enriched.

33.     The harm caused to Timeless has been irreparable.

34.      Defendants' actions violate Timeless's exclusive rights as the copyright owners of the Registered Works.

38.     Defendants' infringement is knowing and willful.

39.   Defendants have harmed and will continue to harm Timeless unless enjoined and restrained by this Court.

40.   Pursuant to 17 U.S.C. §§ 502 and 503, Timeless is entitled to injunctive relief prohibiting Defendants from further infringing the Registered Works, including ordering the removal of and/or prevention of access to the Infringing Videos uploaded to YouTube preliminarily during the pendency of this action and permanently thereafter and ordering Defendants to destroy Infringing Videos that violate Timeless's copyrights.

41.   Defendants' infringement has caused and will continue to cause Timeless damages in an amount to be proven at trial.

42.   Pursuant to 17 U.S.C. § 504(b), Timeless is entitled to damages, including Timeless's actual damages and Defendants' infringers' profits, as will be proven at trial.

43.   In the alternative, pursuant to 17 U.S.C. § 504(c), Timeless is entitled to statutory damages for those works that had registered copyrights at the time of infringement.

44.   Timeless is entitled to its costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

## COUNT II
### CONTRIBUTORY COPYRIGHT INFRINGEMENT
### AGAINST ALL DEFENDANTS

45.   Timeless repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

46.   Without permission or authorization from Timeless, Defendants copied, reproduced, displayed, distributed, and/or prepared unauthorized derivative works of the Registered Works.

47.     Defendants gained direct financial benefit from the monetization of the videos featuring the Infringing Videos on the Infringing Channels.

48.     Defendants knew the copying, reproduction, display, distribution, and/or preparation of derivative works of the Registered Works by the Doe Defendants was without consent of the copyright owners and constituted infringement.

49.     All Defendants materially contributed to the infringing activities.

50.     As a result of the infringement of the Registered Works, Timeless has been damaged and Defendants have been unjustly enriched.

51.     The harm caused to Timeless has been irreparable.

52.     Defendants' actions violate Timeless's exclusive rights as the copyright owner of the Registered Works.

53.     Defendants and the Doe Defendants harmed and will continue to harm Timeless unless enjoined and restrained by this Court.

54.     Timeless is entitled to injunctive relief prohibiting Defendant and the Doe Defendants from engaging in reuploading, reinstating, and/or maintaining the Infringing Videos on the Infringing Channels preliminarily during the pendency of this action and permanently thereafter.

55.     Defendants' vicarious and/or contributory infringement has caused and will continue to cause Timeless damages in an amount to be proven at trial.

56.     Timeless is entitled to damages, including Timeless's actual damages and Defendant infringers' profits, as will be proven at trial.

57.     Timeless is entitled to its costs, including reasonable attorneys' fees.

## COUNT III
### FALSIFICATION OF CMI—17 U.S.C. § 1202(A)
### AGAINST ALL DEFENDANTS

58.      Timeless repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

59.      Defendants knowingly and with the intent to induce, enable, facilitate, or conceal unauthorized use of Timeless's Copyrighted Works, provided CMI to YouTube and viewers of Unauthorized Works on YouTube that is false.

60.      Defendants knowingly and with the intent to induce, enable, facilitate, or conceal unauthorized use of Timeless's Copyrighted Works, distributed or imported for distribution CMI that is false by uploading the Unauthorized Works on YouTube.

61.      As a result of Defendants' falsification of CMI pertaining to the Unauthorized Works, Timeless has been damaged and Defendants have been unjustly enriched.

62.      The harm caused to Timeless has been irreparable.

63.      Defendants have harmed and will continue to harm Timeless unless enjoined and restrained by this Court.

64.      Timeless is entitled to injunctive relief prohibiting Defendants from falsifying CMI to induce, enable, facilitate, or conceal unauthorized use of Timeless's Copyrighted Works.

65.      Timeless is entitled to damages, including actual and statutory damages, as will be proven at trial.

66.      Timeless is entitled to its costs, including reasonable attorneys' fees.

//

## COUNT IV

### REMOVAL AND/OR ALTERATION OF CMI—17 U.S.C. § 1202(B) AGAINST ALL DEFENDANTS

67.     Timeless repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

68.     Defendants intentionally removed or altered Timeless's CMI found on the Copyrighted Works.

69.     Defendants distributed or imported for distribution Timeless's Copyrighted Works knowing that Timeless's CMI had been removed or altered without authority of the copyright owner or the law.

70.     Defendants distributed, imported for distribution, or publicly performed Timeless's Copyrighted Works or copies of the Copyrighted Works, knowing that Timeless's CMI had been removed or altered without authority of the copyright owner or the law, knowing, or having reasonable grounds to know, that it will induce, enable, facilitate, or conceal unauthorized use of the Copyrighted Works.

71.     As a result of Defendants' removal or alteration of CMI pertaining to the Unauthorized Works, Timeless has been damaged and Defendants have been unjustly enriched.

72.     The harm caused to Timeless has been irreparable.

73.     Defendants have harmed and will continue to harm Timeless unless enjoined and restrained by this Court.

74.     Timeless is entitled to injunctive relief prohibiting Defendants from removing or altering CMI to induce, enable, facilitate, or conceal infringement of Timeless's Copyrighted Works.

75.     Timeless is entitled to damages, including infringers' profits, as will be proven at trial.

76.     Timeless is entitled to its costs, including reasonable attorneys' fees.

### COUNT V
### UNFAIR COMPETITION—CAL. BUS. & PROF. CODE § 17200, *ET SEQ.* AGAINST ALL DEFENDANTS

77.     Timeless repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

78.     Defendants have engaged in unlawful and fraudulent conduct that constitutes unfair competition.  This conduct includes, but is not limited to (1) falsifying CMI in violation of 17 U.S.C. § 1202(a); (2) removing and/or altering Timeless's CMI in violation of 17 U.S.C. § 1202(b); (3) engaging in direct, contributory, and/or vicarious copyright infringement in violation of 17 U.S.C. § § 101 *et seq*; and (4) providing blatantly false and misleading statements in DMCA counter notices to trick YouTube to reinstate the Unauthorized Works.

79.     As a direct and proximate cause of the unlawful and unfair business practices of Defendants described above, Defendants have profited, and will continue to profit, from its wrongful acts.

80.     As a direct and proximate result of Defendants' wrongful conduct, Timeless has been harmed, and such harm will continue unless Defendants' acts are enjoined by the Court.  Timeless has no adequate remedy at law for Defendants' continuing violation of Timeless's rights.

81.     Defendants should be required to restore to Timeless all profits Defendants earned as a result of Defendants' unlawful actions or provide Timeless with any other restitutionary relief as the Court deems appropriate.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT VI

### MISREPRESENTATION OF DMCA COUNTER NOTICES—17 U.S.C. § 512(F) AGAINST ALL DEFENDANTS

82.    Timeless repeats, realleges, and incorporates herein by reference the allegations in the foregoing paragraphs as if fully set forth herein.

83.    Defendants have submitted false DMCA counter notices to YouTube in violation of the DMCA to contest DMCA notices submitted to YouTube by Timeless to prevent access to the Unauthorized Works on YouTube.

84. Defendants' DMCA counter notices contained false statements as to the source of the Unauthorized Works and ownership of the Copyrighted Works and were made under penalty of perjury and good faith belief that the Unauthorized Works were removed due to a mistake or misidentification.

85.    The false statements in the DMCA counter notices amounts to misrepresentation that the Unauthorized Works do not originate from the Copyrighted Works and the Unauthorized Works were removed or disabled by mistake or misidentification.

86. The misrepresentations were material as they resulted in YouTube preparing to reinstate the Unauthorized Works in 10 business days from the date of the misrepresentations unless Timeless responded to the DMCA counter notices with legal action against Defendants within the 10 business days.

87. Timeless was harmed by the material misrepresentations as a result of YouTube relying on the misrepresentations in requiring Timeless to respond to the false counter notices with legal action as Timeless was forced to devote resources and incur attorney's fees to prevent the Unauthorized Works from being reinstated on YouTube.

88. Defendants' material representations were made knowingly, and thus Defendants are liable for any damages, including costs and attorney's fees, incurred by Timeless as a result of YouTube relying on the material misrepresentations.

### PRAYER FOR RELIEF

WHEREFORE, Timeless prays for judgment against Defendants as follows:

A. For an award of damages pursuant to 17 U.S.C. §§ 504(b), 512(f) and other applicable law, including actual damages and Defendants' profits as will be proven at trial, or in the alternative, statutory damages pursuant to 17 U.S.C. § 504(c).

B. For additional damages as proven at trial.

C. For attorneys' fees and costs incurred in this action pursuant to 17 U.S.C. §§ 505, 512(f) and other applicable law.

D. For preliminary and permanent injunctive relief to prevent Defendants from further direct, vicarious, and/or contributory infringement of the Registered Works, falsifying, removing, and/or altering CMI, submitting false DMCA counter notices, and acts of unfair competition, including ordering the removal of and/or prevention of access to the Infringing Videos uploaded to YouTube preliminarily during the pendency of this action and permanently thereafter.

E. Award restitution against Defendants and in favor of Timeless, including disgorgement of wrongfully obtained profits and any other appropriate relief.

F. For an award of prejudgment and post-judgment interest and costs of suit to the extent permitted by law.

*//*

G. For such other and further legal and equitable relief as this Court deems just and proper.

Dated: Tuesday, April 22, 2025          **BAY OAK LAW**

By: _____
ANDREW K. JACOBSON
Counsel for Timeless Production FZ LLC


**DEMAND FOR JURY TRIAL**

Plaintiff Timeless Production FZ LLC demands a trial by jury.


Dated: Tuesday, April 22, 2025          **BAY OAK LAW**

By: _____
ANDREW K. JACOBSON
Counsel for Timeless Production FZ LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A
# TIMELESS'S WORKS

**EXHIBIT A to FIRST AMENDED COMPLAINT**

**(1ˢᵗ Am. Comp., ¶ 4)**

**TIMELESS PRODUCTION FZ LLC v**
**SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Infringed Works**

| | Case / Reg Number | Registration Date | URL of Registered Works |
|---|---|---|---|
| A | PA0002503009 | 2024-10-04 | https://youtu.be/YQ-t3COf_Ps |
| B | PA0002507381 | 2025-01-06 | https://youtu.be/tCt6SVl9FGM |
| D | PA0002507380 | 2025-01-06 | https://youtu.be/OpeRSWyeimg |
| F | PA0002453399 | 2024-02-07 | https://youtu.be/UJg7J47n5KY |
| G | PA0002501530 | 2024-10-01 | https://youtu.be/lZhbOaGarKA |
| H | PA0002501529 | 2024-10-01 | https://youtu.be/7ocGNfS8WFk |
| i | PA0002501527 | 2024-10-01 | https://youtu.be/pjdshuUaLew |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT B
# DEFENDANTS' INFRINGING WORKS

25
26
27
28

**EXHIBIT B to FIRST AMENDED COMPLAINT**
**TIMELESS PRODUCTION FZ LLC v SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Confirmed infringements (1ˢᵗ Am. Comp., ⁋ 5)**

| # | Infringing Video URL's Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Tracking Code |
|---|---|---|---|---|---|
| 1 | **Title:** How Farmers Harvest And Process Millions Of Tons Of Coconut Fiber, Silk And Aloe Vera<br><br>https://youtu.be/nmoTSauFJis<br><br>*uqǁ4246/2; /24+ǁ/**video is private** | 02:45 - 02:48<br>03:20 - 03:25 | **Title:** How Farmers Harvest Billion of SilkWorms for Silk Every Year<br><br>https://youtu.be/YQ-t3COf_Ps | 07:04 - 07:07<br>07:52 - 07:57 | XDVHHXDJNG |
| 2 | **Title:** Farmers Are Harvesting Millions Of Tons Of Fruit And Vegetable From The 2024 Crop<br><br>https://youtu.be/N1tMy0B-XuQ<br><br>*uqǁ4246/2; /43+ | 09:35 - 09:38<br>09:39 - 09:43<br>09:54 - 09:59 | **Title:** Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | 01:43 - 01:48<br>00:34 - 00:39<br>06:01 - 06:15 | SOLNDNHMGT |
| 3 | **Title:** How Farmers Harvest Millions Of Tons Of Honey From Dangerous Cliffs<br><br>https://youtu.be/hgxiTSOAOlg<br><br>*uqǁ4246/2: /4: + | 11:52 - 11:54<br>12:50 - 12:56<br>18:34 - 18:37 | **Title:** How Farmers Harvest Billion of SilkWorms for Silk Every Year<br><br>https://youtu.be/YQ-t3COf_Ps | 11:19 - 11:22<br>01:26 - 01:30<br>05:59 - 06:09 | LJOERUEVJL |
| 4 | **Title:** US Farmers Are Harvesting Millions Of Tons Of Agricultural Products From The 2024 Crop<br><br>https://youtu.be/-sYIWXvrZOo<br><br>*uqǁ4246/29/3; + | 06:42 - 06:46 | **Title:** Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | 00:20 - 00:25 | NWUNSSKRDA |
| 5 | **Title:** Farmers Harvest And Process Millions Of Tons Of Pineapples, Mangoes, Bananas And Watermelons | 21:28 - 21:34<br>21:40 - 21:45<br>22:40 - 22:44 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process | 02:12 - 02:26<br>05:57 - 06:08<br>05:29 - 05:23 | ZQSHHSBHJR |

**EXHIBIT B to FIRST AMENDED COMPLAINT**
**TIMELESS PRODUCTION FZ LLC v SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Confirmed infringements (1st Am. Comp., ⁊ 5)**

| # | Infringing Video URL's<br>Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Tracking Code |
|---|---|---|---|---|---|
| | https://youtu.be/kROJzik6KU0<br><br>*uqk4246/32/23+ | | https://youtu.be/OpeRSWyeimg | | |
| 6 | **Title:** 25 Most Impressive Fruit and Vegetable Harvests You've Ever Seen<br><br>https://youtu.be/l-xr5kLkVJY<br><br>*uqk4246/34/33+ | 00:02 - 00:04<br>00:31 - 00:35<br>12:07 - 12:48 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | 00:42 - 00:45<br>05:21 - 05:28<br>01:34 - 06:28 | APUGRBGIUB |
| 7 | **Title:** 25 Most Impressive Fruit and Vegetable Harvests You've Ever Seen<br><br>https://youtu.be/l-xr5kLkVJY<br><br>(soi 2024-12-11) | 00:13 - 00:19<br>02:59 - 03:05 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process<br><br>https://youtu.be/OpeRSWyeimg | 00:08 - 00:16<br>00:24 - 00:35 | WTMQYNGIEV |
| 8 | **Title:** Farmers Harvest The World's Most Expensive Produce This way<br><br>https://youtu.be/zF02a8Wi1tE<br><br>*uqk4246/34/2; + | 02:06 - 02:11<br>02:20 - 02:28<br>02:59 - 03:01 | **Title:** How To Harvest Fresh Honey With Bare Hands On Scary Cliffs<br><br>https://youtu.be/IZhbOaGarKA | 06:03 - 09:00<br>10:46 - 10:49 | DLSJJOSNYY |
| 9 | **Title:** 100 Mind-Blowing Harvest Moments That Will Leave You Speechless - Agriculture Technology<br><br>https://youtu.be/KkCmaTzV63o<br><br>*uqk4246/34/29+ | 50:53 - 50:57<br>50:57 - 50:59<br>1:43:20 - 1:43:24<br>1:43:24 - 1:43:27<br>2:35:47 - 2:35:51 | **Title:** Special Techniques to Harvest Million of Coconuts Per Year<br><br>https://youtu.be/7ocGNfS8WFk | 03:03 - 03:09<br>08:21 - 08:26<br>03:03 - 03:09<br>08:21 - 08:26<br>03:03 - 03:09<br>08:21 - 08:26 | VILDJWMCPC |

**EXHIBIT B to FIRST AMENDED COMPLAINT**
**TIMELESS PRODUCTION FZ LLC v SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Confirmed infringements (1st Am. Comp., ⁋ 5)**

| # | Infringing Video URL's Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Tracking Code |
|---|---|---|---|---|---|
| | | 2:35:51 - 2:35:54 | | | |
| 10 | **Title**: Farmers Harvest And Process Billions Of Chilies, Along With Many Other Fruits And Vegetables<br><br>https://youtu.be/BAMEVvME5vY<br><br>*uqk4246/2; /26+ | 00:18 - 00:21<br>00:37 - 00:41<br>02:19 - 02:23<br>32:01 - 32:04<br>33:38 - 33:42<br>34:33 - 34:38<br>01:03:45 - 01:03:48<br>01:35:28 - 01:35:31 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | 05:21 - 05:28<br>00:16 - 00:20<br>02:36 - 02:40<br>05:21 - 05:28<br>00:47 - 00:53<br>08:57 - 09:08<br>05:21 - 05:28<br>05:21 - 05:28 | ZKEOBBTZVQ |
| 11 | **Title**: Farmers Harvest And Process Billions Of Chilies, Along With Many Other Fruits And Vegetables<br><br>https://youtu.be/BAMEVvME5vY<br><br>(soi 2024-09-04) | 28:29 - 28:36<br>01:00:13 - 01:00:19 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process<br><br>https://youtu.be/OpeRSWyeimg | 2:12 - 2:25 | QYHFVZOCTV |
| 12 | **Title**: Farmers Use Both Robots And Immigrant Workers To Harvest Millions Of Tons Of Fruits & Vegetables<br><br>https://youtu.be/x5gPSV_kdPk<br><br>*uqk4246/2; /38+ | 18:44 - 18:48 | **Title:** Amazing Process of Producing Giant Mats With Coconut Husks<br><br>https://youtu.be/pjdshuUaLew | 0:46 - 0:51 | UZIGVZQBAH |
| 13 | **Title**: Farmers Use Both Robots And Immigrant Workers To Harvest Millions Of Tons Of Fruits & Vegetables<br><br>https://youtu.be/x5gPSV_kdPk<br><br>(soi 2024-09-16) | 12:36 - 12:39<br>13:12 - 13:16<br>1:33:49 - 1:33:52 | **Title:** How Farmers Harvest Billion of SilkWorms for Silk Every Year<br><br>https://youtu.be/YQ-t3COf_Ps | 07:04 - 07:08<br>07:52 - 07:57<br>07:04 - 07:08 | HKRDNUYNDL |

**EXHIBIT B to FIRST AMENDED COMPLAINT**
**TIMELESS PRODUCTION FZ LLC v SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Confirmed infringements (1st Am. Comp., ¶ 5)**

| # | Infringing Video URL's Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Tracking Code |
|---|---|---|---|---|---|
| 14 | **Title**: Chinese Farmers Harvest Millions Of Tons Of Fruits And Vegetables This Way<br><br>https://youtu.be/x0ZK4pUEF_Y<br><br>*uq₭4246/2: /33+ | 18:18 - 18:23<br>18:27 - 18:31<br>54:28 - 54:33<br>01:30:40 - 01:30:45 | **Title:** Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | 00:20 - 00:25<br>02:17 - 02:26<br>00:20 - 00:25 | TIYMKCTSAE |
| 15 | **Title:** US Farmers Use Both Robots And Machines To Harvest Millions Of Pounds Of Fruits And Vegetables<br><br>https://youtu.be/uBgqIxYqt3U<br><br>*uq₭4246/27/26+ | 20:05 - 20:08<br>50:43 - 50:45<br>01:21:20 - 01:21:23 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process<br><br>https://youtu.be/OpeRSWyeimg | 00:27 - 00:30 | DPVZOYTPNA |
| 16 | **Title:** US Farmers Use Both Robots And Machines To Harvest Millions Of Pounds Of Fruits And Vegetables<br><br>https://youtu.be/uBgqIxYqt3U<br><br>(soi 2024-05-04) | 17:32 - 17:36 | **Title:** Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | 00:20 - 00:25 | VXGHRWAOVW |
| 17 | **Title:** How Giant Agricultural Machines Harvest Millions Of Tons Of Fruits And Vegetables<br><br>https://youtu.be/-xm900UWvWk<br><br>*uq₭4246/32/46+ | 20:21 - 20:24<br>20:26 - 20:29<br>20:32 - 20:34<br>20:58 - 21:02 | **Title:** Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | 01:43 - 01:47<br>00:34 - 00:39<br>01:17 - 01:20<br>09:55 - 10:01 | UIEISZWDFY |
| 18 | **Title:** US Farmers Use Both Robots And Immigrant Workers To Harvest Millions Of Tons Of Fruits & Vegetables | 20:57 - 21:02<br>21:30 - 21:34<br>24:20 - 24:27<br>25:22 - 25:28<br>25:42 - 25:48 | **Title:** Special Techniques to Harvest Million of Coconuts Per Year<br><br>https://youtu.be/7ocGNfS8WFk | 5:49 - 5:56<br>5:30 - 5:35<br>5:02 - 5:18<br>8:27 - 8:37<br>6:09 - 6:18 | CKFJTBQKEC |

**EXHIBIT B to FIRST AMENDED COMPLAINT**
**TIMELESS PRODUCTION FZ LLC v SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Confirmed infringements (1st Am. Comp., ¶ 5)**

| # | Infringing Video URL's Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Tracking Code |
|---|---|---|---|---|---|
| | https://youtu.be/bxqKlAGKl6o  *uqk 4246/26/24+ | 57:44 - 57:51 58:47 - 58:53 1:31:09 - 1:31:15 2:04:33 - 2:04:39 | | 5:05 - 5:18 8:27 - 8:36 5:05 - 5:18 5:05 - 5:18 | |
| 20 | **Title:** Agricultores Chineses Colhem Milhões De Toneladas De Frutas E Vegetais  https://youtu.be/fJj-0ueXU80  (soi 2024-08-13) | 16:58 - 17:04 17:07 - 17:10 | **Title:** Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies  https://youtu.be/tCt6SVl9FGM | 0:20 - 0:26 2:19 - 2:25 | JDWOEPSBIK |
| 21 | **Title:** Como Os Agricultores Colhem Milhões De Toneladas De Mel Em Penhascos Perigosos  https://youtu.be/kHODGBcMu2I  (soi 2024-08-28) | 9:39 - 9:42 10:47 - 10:49 11:37 - 11:41 11:44 - 11:49 12:03 - 12:05 13:52 - 13:55 15:10 - 15:14 16:57 - 17:01 | **Title:** How Farmers Harvest Billion of SilkWorms for Silk Every Year  https://youtu.be/YQ-t3COf_Ps | 11:31 - 11:34 11:19 - 11:23 3:04 - 3:10 1:27 - 1:46 1:03 - 1:09 3:18 - 3:24 9:25 - 9:31 11:37 - 11:41 | KESGFSZUPY |
| 22 | **Title:** Os Agricultores Colhem E Processam Milhões De Toneladas De Fibra De Coco, Aloe Vera E Seda  https://youtu.be/FTP4wzVwUzc  (soi 2024-09-02) | 2:39 - 2:42 3:14 - 3:17 | **Title:** How Farmers Harvest Billion of SilkWorms for Silk Every Year  https://youtu.be/YQ-t3COf_Ps | 7:03 - 7:10 7:51 - 7:56 | TLQDYIKITJ |
| 23 | **Title:** Os Agricultores Colhem E Processam Milhões De Toneladas De Fibra De Coco, Aloe Vera E Seda  https://youtu.be/FTP4wzVwUzc | 4:13 - 4:17 4:32 - 4:35 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process  https://youtu.be/OpeRSWyeimg | 5:57 - 6:04 9:40 - 9:46 | RLUUAHOAIE |

**EXHIBIT B to FIRST AMENDED COMPLAINT**
**TIMELESS PRODUCTION FZ LLC v SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Confirmed infringements (1st Am. Comp., ⁋ 5)**

| # | Infringing Video URL's Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Tracking Code |
|---|---|---|---|---|---|
| | (soi 2024-09-02) | | | | |
| 24 | **Title:** Os Agricultores Colhem E Processam Milhões De Toneladas De Fibra De Coco, Aloe Vera E Seda<br><br>https://youtu.be/FTP4wzVwUzc<br><br>(soi 2024-09-02) | 8:38 - 8:42<br>8:47 - 8:51<br>9:00 - 9:04<br>9:08 - 9:12 | **Title:** Amazing Process of Producing Giant Mats With Coconut Husks<br><br>https://youtu.be/pjdshuUaLew | 0:46 - 0:51<br>1:01 - 1:06<br>1:23 - 1:28<br>2:08 - 2:14 | SXJWKRXIZQ |
| 25 | **Title:** 11 Times Farmers Harvested the World's Most Expensive Specialties<br><br>https://youtu.be/HTTGdAhdOXk<br><br>(soi 2024-12-09) | 0:09 - 0:11<br>0:13 - 0:19<br>0:36 - 0:41<br>1:56 - 2:00<br>2:08 - 2:15<br>2:22 - 2:25<br>2:27 - 2:30<br>2:44 - 2:46 | **Title:** How To Harvest Fresh Honey With Bare Hands On Scary Cliffs<br><br>https://youtu.be/IZhbOaGarKA | 5:59 - 6:04<br>7:51 - 8:00<br>9:48 - 9:55<br>6:01 - 6:09<br>7:19 - 7:43<br>6:25 - 6:30<br>9:43 - 9:48<br>10:46 - 10:50 | RPVJTVXYGU |
| 26 | **Title:** Como Os Agricultores Colhem E Processam Milhões De Toneladas De Gengibre E Aloe Vera<br><br>https://youtu.be/8WFiTrDilGE<br><br>(soi 2024-09-10) | 5:53 - 5:56<br>6:11 - 6:15<br>6:22 - 6:26<br>7:00 - 7:04<br>7:14 - 7:16<br>7:16 - 7:20<br>7:43 - 7:49 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process<br><br>https://youtu.be/OpeRSWyeimg | 2:37 - 2:45<br>2:14 - 2:24<br>5:58 - 6:06<br>0:04 - 0:08<br>1:52 - 1:56<br>5:29 - 5:33<br>8:21 - 8:31 | CSZQWHCRRR |
| 27 | **Title:** Como Os Agricultores Colhem E Processam Milhões De Toneladas De Gengibre E Aloe Vera<br><br>https://youtu.be/8WFiTrDilGE<br><br>(soi 2024-09-10) | 9:47 - 9:49<br>10:53 - 10:57<br>11:44 - 11:48<br>11:51 - 11:56<br>12:10 - 12:13<br>15:17 - 15:21<br>17:01 - 17:08 | **Title:** How Farmers Harvest Billion of SilkWorms for Silk Every Year<br><br>https://youtu.be/YQ-t3COf_Ps | 11:31 - 11:34<br>11:19 - 11:24<br>3:03 - 3:11<br>1:27 - 1:47<br>1:04 - 1:09<br>9:24 - 9:31<br>11:22 - 11:42 | TXZITDNLGC |

**EXHIBIT B to FIRST AMENDED COMPLAINT**
**TIMELESS PRODUCTION FZ LLC v SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Confirmed infringements (1st Am. Comp., ⁋ 5)**

| # | Infringing Video URL's<br>Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Tracking Code |
|---|---|---|---|---|---|
| 28 | **Title:** Agricultores Americanos Estão Colhendo Milhões De Toneladas De Produtos Agrícolas Da Safra De 2024<br><br>https://youtu.be/ljxOZAVOqYk<br><br>(soi 2024-07-27) | 5:50 - 5:55<br>5:59 - 6:02 | **Title:** Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | 0:20 - 0:25<br>2:19 - 2:25 | DHXARBWZHS |
| 29 | **Title:** Agricultores Americanos Ganham Bilhões De Dólares Processando Frutas E Vegetais Dessa Maneira<br><br>https://youtu.be/h9f59aI5MYc<br><br>(soi 2024-10-15) | 0:59 - 1:04<br>1:44 - 1:47<br>1:39 - 1:43<br>0:36 - 0:39<br>1:18 - 1:21<br>1:10 - 1:15<br>5:53 - 6:15<br>8:28 - 8:33<br>9:20 - 9:27<br>9:56 - 10:01 | **Title:** Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | (24:05 - 24:08)<br>(24:08 - 24:10)<br>(24:10 - 24:12)<br>(24:12 - 24:15)<br>(24:19 - 24:21)<br>(24:21 - 24:23)<br>(24:23 - 24:34)<br>(24:34 - 24:37)<br>(24:44 - 24:47)<br>(24:47 - 24:50) | WMZHHLFAJF |
| 30 | **Title:** 25 Colheitas De Frutas E Vegetais Mais Impressionantes Que Você Já Viu<br><br>https://youtu.be/cX4o_NEDY3c<br><br>(soi 2024-12-11) | 0:02 - 0:04<br>0:30 - 0:35<br>11:52 - 11:55<br>11:55 - 11:58<br>11:58 - 12:02<br>12:02 - 12:07<br>12:07 - 12:13<br>12:13 - 12:17<br>12:17 - 12:21<br>12:21 - 12:25<br>12:25 - 12:26<br>12:26 - 12:31 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | 0:42 - 0:45<br>5:21 - 5:28<br>1:35 - 1:39<br>4:39 - 4:44<br>2:32 - 2:53<br>4:39 - 4:50<br>3:42 - 4:07<br>2:00 - 2:08<br>3:03 - 3:09<br>5:03 - 5:07<br>5:30 - 5:33<br>3:29 - 3:35 | UKARDPVYTU |
| 31 | | 0:13 - 0:19<br>2:40 - 2:43<br>2:49 - 2:54<br>3:06 - 3:10 | **Title:** How to Harvest and Process Tons of Fresh Aloe Vera - Harvesting and Process<br><br>https://youtu.be/OpeRSWyeimg | 0:08 - 0:16<br>0:46 - 0:51<br>0:24 - 0:36<br>1:52 - 1:56 | NMDNTDOKVI |

**EXHIBIT B to FIRST AMENDED COMPLAINT**
**TIMELESS PRODUCTION FZ LLC v SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Confirmed infringements (1st Am. Comp., ¶ 5)**

| # | Infringing Video URL's Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Tracking Code |
|---|---|---|---|---|---|
| | **Title:** 25 Colheitas De Frutas E Vegetais Mais Impressionantes Que Você Já Viu<br><br>https://youtu.be/cX4o_NEDY3c | | | | |
| 32 | **Title:** Os Agricultores Estão Colhendo Milhões De Toneladas De Frutas E Vegetais Da Safra De 2024<br><br>https://youtu.be/VQVf_YGGqa0<br><br>(soi 2024-09-23) | 9:25 - 9:28<br>9:28 - 9:30<br>9:30 - 9:32<br>9:32 - 9:35<br>9:35 - 9:39<br>9:39 - 9:41<br>9:41 - 9:43<br>9:43 - 9:54<br>9:54 - 9:57<br>9:57 - 10:00<br>10:04 - 10:07<br>10:07 - 10:10 | **Title:** Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | 0:59 - 1:04<br>1:44 - 1:47<br>1:39 - 1:42<br>0:33 - 0:39<br>1:31 - 1:35<br>1:18 - 1:21<br>1:10 - 1:17<br>5:53 - 6:16<br>8:29 - 8:34<br>6:17 - 6:21<br>9:20 - 9:27<br>9:56 - 10:01 | RGRMWXBGTB |
| 33 | Title: Como Os Agricultores Chineses Criam Bilhões De Bichos-Da-Seda Para Produzir Seda<br><br>https://youtu.be/X_HYISXnx8Q<br><br>(soi 2024-08-16) | 0:34 - 0:37<br>1:41 - 1:43<br>2:31 - 2:35<br>2:38 - 2:43<br>2:57 - 2:59<br>4:46 - 4:49<br>6:04 - 6:08<br>7:48 - 7:55 | **Title:** How Farmers Harvest Billion of SilkWorms for Silk Every Year<br><br>https://youtu.be/YQ-t3COf_Ps | 11:31 - 11:34<br>11:19 - 11:23<br>3:04 - 3:10<br>1:28 - 1:44<br>1:05 - 1:07<br>3:17 - 3:25<br>9:25 - 9:32<br>11:22 - 11:42 | XLQQVPPEKF |
| 34 | Title: 100 Momentos Mais Impressionantes Que Você Já Viu Quando Fazendeiros Colhem Frutas E Vegetais | 48:01 - 48:04<br>48:08 - 48:14 | **Title:** Special Techniques to Harvest Million of Coconuts Per Year<br><br>https://youtu.be/7ocGNfS8WFk | 2:25 - 2:31<br>8:21 - 8:30 | CCCHWRQXUE |

**EXHIBIT B to FIRST AMENDED COMPLAINT**
**TIMELESS PRODUCTION FZ LLC v SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Confirmed infringements (1st Am. Comp., ¶ 5)**

| # | Infringing Video URL's<br>Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Tracking Code |
|---|---|---|---|---|---|
| | https://youtu.be/ikZGkwNBNOk<br><br>(soi 2024-12-08) | | | | |
| 35 | Title: Como Os Agricultores Colhem E Processam Bilhões De Cocos<br><br>https://youtu.be/pEGcRSSYiVc<br><br>(soi 2024-08-02) | 2:13 - 2:18<br>2:47 - 2:52<br>5:32 - 5:39<br>6:31 - 6:36<br>6:41 - 6:44<br>6:49 - 6:54<br>6:54 - 7:01 | Title: Special Techniques to Harvest Million of Coconuts Per Year<br><br>https://youtu.be/7ocGNfS8WFk | 5:49 - 5:56<br>5:31 - 5:35<br>5:01 - 5:18<br>8:27 - 8:36<br>5:32 - 5:35<br>6:10 - 6:18<br>7:19 - 7:30 | USNIZXELXS |
| 36 | Title: 17 Colheitas De Frutas E Vegetais Mais Incríveis Por Fazendeiros - Tecnologia De Colheita<br><br>https://youtu.be/yy45zHcKSrU<br><br>(soi 2024-11-23) | 13:17 - 13:20<br>13:24 - 13:30 | Title: Special Techniques to Harvest Million of Coconuts Per Year<br><br>https://youtu.be/7ocGNfS8WFk | 2:25 - 2:31<br>8:23 - 8:30 | MVDSMZYCNU |
| 37 | Title: Os Agricultores Transportam Milhões De Toneladas De Vegetais E Frutas Desta Forma<br><br>https://youtu.be/kVCo-BSO0rM<br><br>(soi 2024-11-13) | 7:58 - 8:02<br>8:06 - 8:10<br>8:25 - 8:32<br>8:32 - 8:36<br>8:36 - 8:40<br>8:44 - 8:47 | Title: Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | 6:10 - 6:16<br>7:31 - 7:37<br>3:53 - 4:14<br>8:10 - 8:17<br>8:27 - 8:35<br>13:46 - 13:51 | DBPTMFGXJQ |
| 38 | Title: Como Máquinas Agrícolas Gigantes Colhem Milhões De Toneladas De Frutas E Vegetais<br><br>https://youtu.be/oFk9jKQHT2g | 20:12 - 20:15<br>20:15 - 20:17<br>20:17 - 20:19<br>20:19 - 20:22<br>20:22 - 20:26<br>20:26 - 20:28<br>20:28 - 20:30 | Title: Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | 0:59 - 1:04<br>1:44 - 1:47<br>1:39 - 1:42<br>0:33 - 0:39<br>1:31 - 1:35<br>1:18 - 1:21<br>1:10 - 1:17 | YMZWLWRLAX |

**EXHIBIT B to FIRST AMENDED COMPLAINT**
**TIMELESS PRODUCTION FZ LLC v SANO MEDIA VIETNAM JOINT STOCK, ET AL.**
**Amended List of Confirmed infringements (1st Am. Comp., ¶ 5)**

| # | Infringing Video URL's Start of infringement yyyy-mm-dd | Timestamps - Infringer Video | Timeless Production - Original Videos used | Timestamps - TP Video | Tracking Code |
|---|---|---|---|---|---|
| | (soi 2024-10-24) | 20:30 - 20:41<br>20:41 - 20:43<br>20:43 - 20:47<br>20:51 - 20:54<br>20:54 - 20:57 | | 5:53 - 6:16<br>8:29 - 8:34<br>6:17 - 6:21<br>9:20 - 9:27<br>9:56 - 10:01 | |
| 39 | **Title:** Os Agricultores Estão Colhendo E Processando Bilhões De Bananas Desta Forma<br><br>https://youtu.be/IoxyKcWi53k<br><br>(soi 2024-09-24) | 33:33 - 33:39<br>33:42 - 33:45 | **Title:** Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies<br><br>https://youtu.be/tCt6SVl9FGM | 0:20 - 0:26<br>2:19 - 2:25 | DACZKYAQOW |
| 40 | **Title:** Os Agricultores Estão Colhendo E Processando Bilhões De Bananas Desta Forma<br><br>https://youtu.be/IoxyKcWi53k<br><br>(soi 2024-09-24) | 39:24 - 39:27<br>39:44 - 39:48<br>41:20 - 41:23<br>41:42 - 41:47<br>41:54 - 42:00<br>42:05 - 42:08<br>42:16 - 42:19 | **Title:** Amazing Way They Harvest And Process Tons of Chili Pepper<br><br>https://youtu.be/UJg7J47n5KY | 5:21 - 5:28<br>0:16 - 0:20<br>4:52 - 4:57<br>8:18 - 8:22<br>8:57 - 9:08<br>8:51 - 8:58<br>11:54 - 11:58 | YPIRURGLPQ |
| 41 | **Title:** American Farmers Are Harvesting And Processing Millions Of Tons Of Agricultural Products This Way<br><br>https://youtu.be/Qn_WcLvUuVY<br><br>(soi 2025-03-04) | 1:02:49 - 1:02:53<br>1:02:53 - 1:02:59 | **Title:** How Thai Farmers Harvest Millions of Tons of Fresh Coconut Every Year<br><br>https://www.youtube.com/watch?v=R8VOlS9rhQ0 | 2:23 - 2:28<br>2:39 - 2:52 | EHLUFBRXRU |
| 42 | **Title:** Farmers Make Millions Of Dollars Using These Modern Harvesting Machines - Agricultural Technology<br><br>https://youtu.be/H_30JFc26bk<br><br>(soi 2025-03-23) | 00:36 - 00:40<br>00:41 - 00:46 | **Title:** How Thai Farmers Harvest Millions of Tons of Fresh Coconut Every Year<br><br>https://youtu.be/R8VOlS9rhQ0 | 02:23 - 02:27<br>02:39 - 02:50 | SBSDOWWPLY |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C
# YOUTUBE COPYRIGHT COMPLAINT SUBMISSION



Younes Ben Fredj <tekniqvideos@gmail.com>

---

## [N6GDSANFJX64HKQLAP3NX6J3FE] YouTube Copyright Complaint Submission
2 messages

**YouTube Copyright** <youtube-disputes+2maeoabhirtu207@google.com>      Tue, Feb 11, 2025 at 6:40 PM
Reply-To: YouTube Copyright <youtube-disputes+2maeoabhirtu207@google.com>
To: tekniqvideos@gmail.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): General Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=-xm900UWvWk
- Describe the work allegedly infringed: My video
    - Source of video: tCt6SVl9FGM
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:20:21 to 0:20:24 :
      https://www.youtube.com/watch?v=-xm900UWvWk&t=1221
      It appears in your source video from 0:01:43 to 0:01:47 :
      https://www.youtube.com/watch?v=tCt6SVl9FGM&t=103

- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 11, 2025 tekniqvideos@gmail.com wrote:

Video IDs: -xm900UWvWk

---

**YouTube Copyright** <youtube-disputes+2maeoabhirtu207@google.com>   Wed, Feb 12, 2025 at 3:03 AM
Reply-To: YouTube Copyright <youtube-disputes+2maeoabhirtu207@google.com>
To: tekniqvideos@gmail.com



Hi Younes Ben Fredj,

Thank you for your removal request. We've reviewed it and provided updates below.

> ## Request resolved
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=-xm900UWvWk
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): TEKNIQ
Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
Your Title or Job Position (What is your authority to make this complaint?): General Manager of the Company Managing Tekniq Channel
Address:
Timeless Production FZ-LLC E76 Dubai Production City
Dubai, Dubai 0000
AE
Username: Younes Ben Fredj
Email Address: tekniqvideos@gmail.com
Phone: 058 513 1609

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=-xm900UWvWk

Describe the work allegedly infringed: My video

- Title of video: Sugarcane Growing and Harvesting With Primitive and Modern Machine Technologies
- Source of video: tCt6SVl9FGM
- Type of video: Internet video
- Where does the content appear?

  The content appears in the targeted video from 0:20:21 to 0:20:24 :
  https://www.youtube.com/watch?v=-xm900UWvWk&t=1221
  It appears in your source video from 0:01:43 to 0:01:47 :
  https://www.youtube.com/watch?v=tCt6SVl9FGM&t=103


Country where copyright applies: AE

I, in good faith state that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Younes BEN FREDJ


Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 11, 2025 YouTube Copyright
[Quoted text hidden]



We Protect Your Content <legal@welicense.co>

---

## [4O6R2CPZFDQHBEHDFIANMZO4BI] YouTube Copyright Complaint Submission
2 messages

---

**YouTube Copyright** <youtube-disputes+077bhkifg7xm507@google.com>     Tue, Feb 11, 2025 at 3:32 PM
Reply-To: YouTube Copyright <youtube-disputes+077bhkifg7xm507@google.com>
To: legal@welicense.co



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WP one request
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 00000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=zF02a8Wi1tE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: How To Harvest Fresh Honey With Bare Hands On Scary Cliffs
  - Source of video: IZhbOaGarKA
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:06 to 0:02:28 :
    https://www.youtube.com/watch?v=zF02a8Wi1tE&t=126
    It appears in your source video from 0:06:03 to 0:09:00 :
    https://www.youtube.com/watch?v=IZhbOaGarKA&t=363

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 11, 2025 legal@welicense.co wrote:

Video IDs: zF02a8Wi1tE

---

**YouTube Copyright** <youtube-disputes+077bhkifg7xm507@google.com>          Wed, Feb 12, 2025 at 1:39 PM
Reply-To: YouTube Copyright <youtube-disputes+077bhkifg7xm507@google.com>
To: legal@welicense.co



Hi We Protect Your Content,

Thank you for your removal request. We've reviewed it and provided updates below.

---

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=zF02a8Wi1tE

---

We use a combination of automated systems and human reviews to process removal requests.

---

You may  take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

[Quoted text hidden]

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 11, 2025 YouTube Copyright

[Quoted text hidden]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D
# COUNTER NOTICES



Younes Ben Fredj <tekniqvideos@gmail.com>

---

## Re: [VDAXAVTMYX65UMD6ZML7WR4LKM] New Copyright Counter Notification

**YouTube Copyright** <youtube-disputes+2fg8otrkixqd80h@google.com>       Thu, Feb 13, 2025 at 7:51 AM
Reply-To: YouTube Copyright <youtube-disputes+2fg8otrkixqd80h@google.com>
To: tekniqvideos@gmail.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=-xm900UWvWk

Display name of uploader: Tony 98 - Discovery

I am Jacky Bui, the lawyer representing Nguyen Van Trung, owner of the Tony 98 channel - Discovery: https://www.youtube.com/channel/UCEndIEu-bDDHjrfg2gw0GaQ The content script, voice, images in the video and Thumbnail on the Tony 98 channel are our copyright. In our content, we use a short clip (a few seconds) in the video (with source) to describe our content, this short clip is not the main factor that attracts attention to our content. And we are doing it in accordance with Section 107 of the Copyright Act on fair use. The videos with many views, likes, shares and comments from the audience on our channel are a testament to our tireless efforts to create content. I believe there is a mistake here, and I hope you will check and remove the deletion of content on our Tony 98 channel. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled. The information I have provided above is accurate to the best of my knowledge. Best Regards.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Jacky Bui

Jacky Bui
Lot TT03, Lane 4, Ham Nghi Street, My Dinh 1, Nam Tu Liem
Hanoi
VN 100000
Vietnam

jacky@youcoffee.media

0987 166 166

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



We Protect Your Content <legal@welicense.co>

---

## Re: [XTNXU7TKPLI6JPSHMYGZA3OGLA] New Copyright Counter Notification

**YouTube Copyright** <youtube-disputes+0xzx86nsk89it0h@google.com>     Thu, Feb 13, 2025 at 7:51 AM
Reply-To: YouTube Copyright <youtube-disputes+0xzx86nsk89it0h@google.com>
To: legal@welicense.co



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=zF02a8Wi1tE

Display name of uploader: Tony 98 - Discovery

Hi Youtube support, I am Jacky Bui, the lawyer representing Nguyen Van Trung, owner of the Tony 98 channel - Discovery: https://www.youtube.com/channel/UCEndIEu-bDDHjrfg2gw0GaQ The content script, voice, images in the video and Thumbnail on the Tony 98 channel are our copyright. In our content, we use a short clip (a few seconds) in the video (with source) to describe our content, this short clip is not the main factor that attracts attention to our content script. And we are doing it in accordance with Section 107 of the Copyright Act on fair use. The videos with many views, likes, shares and comments from the audience on our channel are a testament to our tireless efforts to create content. I believe there is a mistake here, and I hope you will check and remove the deletion of content on our Tony 98 channel. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled. The information I have provided above is accurate to the best of my knowledge. Best Regards.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Jacky Bui

Jacky Bui
Lot TT03, Lane 4, Ham Nghi Street, My Dinh 1, Nam Tu Liem
Hanoi
VN 100000
Vietnam

jacky@youcoffee.media

0987 166 166

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066