ANDREW K JACOBSON (CSBN: 148583)
andy@bayoaklaw.com
**BAY OAK LAW**
1939 Harrison St Suite 929
Oakland, CA 94612
Telephone: (510) 208-5500

Attorney for Plaintiff
Timeless Production FZ LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SANO MEDIA VIETNAM JOINT STOCK COMPANY, NGUYEN VAN TRUNG, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:25-CV-01673-MMC<br><br>**PLAINTIFF TIMELESS PRODUCTION FZ LLC'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff TIMELESS PRODUCTION FZ LLC, a limited liability company in the United Arab Emirates ("Timeless"), hereby moves to continue the Case Management Conference that had been scheduled for January 30, 2026. Counsel for Timeless used the incorrect Zoom information to log on, using the meeting ID 1609994511, rather than the public Webinar with the meeting ID 1606261089. Counsel takes full responsibility for the oversight. Timeless respectfully requests that the Case Management Conference be rescheduled for the next available hearing date for the Court.

Dated: Friday, February 6, 2026          **BAY OAK LAW**

                                         By:__/S/_____
                                              ANDREW K. JACOBSON
                                              Counsel for Timeless Production FZ LLC

**MOTION TO CONTINUE CMC BY PLAINTIFF AND [PROPOSED] ORDER** - 1

**ORDER**

The above motion to continue the case management conference is hereby GRANTED. Further, a Case Management Conference is hereby SET for March 20, 2026. [~~In addition, the Court makes the further orders stated below:~~]

IT IS SO ORDERED.

Dated: February 9, 2026

_____
UNITED STATES JUDGE
HONORABLE MAXINE M. CHESNEY